IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No.   3:24-cr-122 |
| KADAR UDAI PEARSON | Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of a Firearm by a Convicted Felon**

The Grand Jury Charges:

On or about June 5, 2024, in the District of North Dakota,

KADAR UDAI PEARSON,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

(1) Possession with Intent to Deliver Fentanyl, in violation of N.D. Cent. Code § 19-03.1-23(1)(a), State of North Dakota, County of Cass, case number 09-2023-CR-2129 (Count 3), judgment on or about October 9, 2023; and

(2) Theft of a Firearm, in violation of N.D. Cent. Code § 12.1-23-02(1), State of North Dakota, County of Cass, case number 09-2023-CR-2129 (Count 5), judgment entered on or about October 9, 2023.

did knowingly possess in and affecting commerce a firearm, that is:

One SIG Sauer P365, 9mm caliber pistol, Serial Number 66A038570;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/ALW/alk