IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>KADAR UDAI PEARSON<br><br>                Defendant. | Case No. 3:24-cr-122<br><br>**AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of an *Amended Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:     Kadar Udai Pearson
Detained at (custodian)  Cass County Jail (Cass County Sheriff and/or ND Department of Corrections and Rehabilitation)
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on August 13, 2024 at 2:30 p.m., for the purpose of initial appearance and arraignment.

Attorney Signature:                              /s/  Jacob T. Rodenbiker
Printed Name and Telephone Number:   JACOB T. RODENBIKER, 701-297-7400
Dated: July 30, 2024                              Attorney of Record for the United States

### *AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: July 30, 2024                    */s/ Alice R. Senechal*
                                                United States Magistrate Judge Alice R. Senechal

☐     Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____     By: _____     _____
Date Executed                    Printed Name                         Signature